**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 25-308 (ABC) |
| ANDRÉS QUEZADA-SANTANA,<br>Defendant | VIOLATION:<br>8 U.S.C. §§ 1326(a) & (b)(2)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Re-entry of Removed Alien**
**(Title 8, *United States Code*, Sections 1326(a) & (b)(2))**

On or about June 25, 2025, in the District of Puerto Rico and within the jurisdiction of

this Court, the defendant,

**ANDRÉS QUEZADA-SANTANA,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who

has been previously removed from the United States after an aggravated felony conviction, was

found in the United States, without obtaining, prior to his re-embarkation at a place outside the

United States, the express consent of the Secretary of Homeland Security to reapply for admission

into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) & (b)(2).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Foreperson
Dated: 07 | 03 | 2025