# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** *Plaintiff*, <br><br> v. <br><br> **ANDRES QUEZADA-SANTANA,** *Defendant.* | Criminal No. 25-308 (ADC) |

## MOTION REQUESTING CLARIFICATION OF CONDITIONS OF RELEASE

**TO THE HONORABLE COURT:**

**COMES NOW** the defendant, Andres Quezada-Santana ("Mr. Quezada"), represented by the Federal Public Defender for the District of Puerto Rico, through undersigned counsel, and hereby states and requests as follows:

1. Mr. Quezada's bail hearing was held on July 2, 2025, before the Honorable Magistrate Judge Marcos E. Lopez. D.E. 5. During the bail hearing, defense counsel argued in favor of conditions of release and the government requested electronic monitoring with home detention conditions be imposed. *Id*. After hearing both parties, Mr. Quezada was granted conditions of release including electronic monitoring, home detention and standard conditions of release. *Id*.

2. The Order Setting Conditions of Release was entered on the same day. D.E. 10. The location monitoring program restriction was marked in home detention modality.

*Id* at p. 3. However, on the first page of the order, the following text was included: "The defendant is allowed to exit the residence for court proceedings, meetings with attorney or medical appointments." *Id* at p. 1. This is equivalent to home incarceration and not home detention.

3. United States Probation Officer David Vásquez was assigned to supervise Mr. Quezada while on bail. Due to the contradiction in the Order of Detention, Mr. Quezada was placed in home incarceration instead of home detention.

4. Mr. Quezada lives alone in an apartment on the fourth floor of a four-story building. As of now, Mr. Quezada is unable to go downstairs, buy food, groceries, or perform any activity that is not to attend court proceedings, meet with the undersigned and receive medical attention.

5. We believe that the Court's intention was to place Mr. Quezada in home detention not home incarceration. Given the above, Mr. Quezada requests clarification of his conditions of release so that the Probation Officer modify his conditions to the less restrictive modality of home detention.

**WHEREFORE**, clarification of the above-mentioned information is respectfully requested.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 15th day of July 2025/

                **RACHEL BRILL**
                **Federal Public Defender**
                **District of Puerto Rico**

                *S/ **Stephanie Torres-Pérez***
                Stephanie Torres-Pérez
                Assistant Federal Public Defender
                USDC-PR 308710
                241 F.D. Roosevelt Ave.
                San Juan, PR  00918-2441
                T: (787) 281-4922 / F: (787) 281-4899
                Email: Stephanie_Torres@fd.org